# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **TRACY MILLER**, | ) |
| Plaintiff/Counter-Defendant, | ) Case No. 2:19-cv-02152 |
| v. | ) **JURY DEMANDED** |
| **CANADIAN NATIONAL RAILROAD CO. and ILLINOIS CENTRAL RAILROAD CO.**, | ) Judge John T. Fowlkes, Jr. |
| | ) Mag. Judge Charmiane G. Claxton |
| Defendants/Counter-Plaintiffs, | ) |
| and | ) |
| **GRAND TRUNK CORPORATION**, | ) |
| Third-Party Plaintiff. | ) |

## JOINT NOTICE OF SETTLEMENT

The Plaintiff/Counter-Defendant, Tracy Miller, Defendants/Counter-Plaintiffs, Canadian National Railroad Co. and Illinois Central Railroad Co., and Third-Party Plaintiff, Grand Trunk Corporation (hereinafter collectively referred to as "the Parties"), by and through undersigned counsel, hereby respectfully notify this Court that the Parties have entered into a settlement to fully resolve the matters at issue in this lawsuit. The resolution was agreed to following discussions between the Parties.

As the Parties have fulfilled their obligations under the Settlement, a Joint Stipulation of Dismissal With Prejudice will be filed contemporaneously herewith, along with a proposed order for the Court's entry.

| | |
|---|---|
| Dated: June 15, 2022 | Dated: June 15, 2022 |
| Respectfully submitted, | Respectfully submitted, |
| BRANSTETTER, STRANCH & JENNINGS, PLLC | LITTLER MENDELSON, P.C. |
| *s/ Joe P. Leniski, Jr.* <br> Joe P. Leniski, Jr. (BPR #22891) <br> joeyl@bsjfirm.com <br> Daniel P. Hull (BPR #24511) <br> danielh@bsjfirm.com <br> The Freedom Center <br> 223 Rosa L. Parks Avenue, Suite 200 <br> Nashville, TN 37203 <br> Telephone: 615.254-8801 <br><br> Pamela M. Newport (OH 79427) <br> pamelan@bsjfirm.com <br> 425 Walnut Street, Suite 2315 <br> Cincinnati, OH 45202 <br> Telephone: 615.254.8801 <br><br> *Attorneys for Plaintiff/Counter-Defendant TRACY MILLER* | *s/ Emily A. McNee* <br> Emily A. McNee (MN 0395228) <br> (*admitted pro hac vice*) <br> emcnee@littler.com <br> Holly Robbins (MN 0260381) <br> (*admitted pro hac vice*) <br> hrobbins@littler.com <br> Kathryn Mrkonich Wilson (MN 0283605) <br> (*admitted pro hac vice*) <br> kwilson@littler.com <br> Susan K. Fitzke (MN 0294032) <br> (*admitted pro hac vice*) <br> sfitzke@littler.com <br> 80 South 8th Street, Suite 1300 <br> Minneapolis, MN 55402 <br> Telephone: 612.630.1000 <br><br> Paul E. Prather <br> pprather@littler.com <br> 3725 Champion Hills Drive, Suite 3000 <br> Memphis, TN 38125 <br> Telephone: 901.795.6695 <br><br> James Witz (IL 6210443) <br> (*admitted pro hac vice*) <br> jwitz@littler.com <br> 321 North Clark Street, Suite 1000 <br> Chicago, IL 60654 <br> Telephone: 312.372.5520 <br><br> *Attorneys for Defendants/Counter-Plaintiffs CANADIAN NATIONAL RAILROAD COMPANY and ILLINOIS CENTRAL RAILROAD COMPANY* <br><br> *and* <br><br> *Third-Party Plaintiff GRAND TRUNK CORPORATION* |